AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Starrett, Keith | U.S. District Court for the Southern Division of Mississippi | 05/08/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Article III Judge - Active | ☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

701 N. Main Street
Suite 228
Hattiesburg, MS 39401

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | President and Director | M-J-K, Inc. |
| 2. | Trustee | Trust #1 |
| 3. | Member | PCFF LLC |
| 4. | Member | United Farms, LLC |
| 5. | Member | Progress Timberlands LLC |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 12/31/2004 | Mississippi State Employees Pension Fund; Remainder of pension payments |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Starrett, Keith | 05/08/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Starrett, Keith** | 05/08/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | First South Ag Credit | Real Estate Loans (2) | P1 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 05/08/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Trust #1 (H) | | | | | | | | | |
| 2. ABALX Mutual Fund | C | Dividend | L | T | | | | | |
| 3. Timberland Copiah Co., MS | D | Dividend | O | T | | | | | |
| 4. Timberland Attala Co., MS | | None | N | T | | | | | |
| 5. Pike County National Bank Common Stock | A | Dividend | J | T | | | | | |
| 6. IRA #1 (H) | | | | | | | | | |
| 7. AK Steel Corp Bond | A | Interest | | | Redeemed | 05/15/17 | K | | |
| 8. Dyncorp Intl Bond | A | Interest | | | Redeemed | 04/24/17 | J | | |
| 9. Enterprise Products (EPD) | B | Dividend | | | Buy | 05/15/17 | J | | |
| 10. | | | | | Buy (add'l) | 05/16/17 | K | | |
| 11. | | | | | Buy (add'l) | 05/17/17 | J | | |
| 12. | | | | | Buy (add'l) | 05/23/17 | J | | |
| 13. | | | | | Buy (add'l) | 06/21/17 | J | | |
| 14. | | | | | Sold (part) | 12/01/17 | J | | |
| 15. | | | | | Sold (part) | 12/12/17 | J | | |
| 16. | | | | | Sold | 12/14/17 | J | | |
| 17. International Paper Company Bond | A | Interest | | | Redeemed | 11/20/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 05/08/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Tutor Perini Bond | A | Interest | | | Redeemed | 05/22/17 | J | | |
| 19. Brokerage Account #1 (H) | | | | | | | | | |
| 20. Newmont Mining Convertible Debenture (651639AJ5) | A | Interest | | | Sold | 02/15/17 | J | | |
| 21. Royal Gold Bond (780287AA6) | A | Interest | | | Sold | 08/22/17 | J | A | |
| 22. Delta Air Lines Inc (DAL) | | None | | | Sold | 03/01/17 | J | B | |
| 23. Freeport McMoran Copper and Gold (FCX) | | None | | | Sold | 07/28/17 | J | A | |
| 24. IRA # 2 (H) | | | | | | | | | |
| 25. Schwab Cash Reserves (SWSXX) (X) | A | Interest | L | T | | | | | |
| 26. Micron Technology Bonds (595112AY9) | B | Interest | L | T | Buy (add'l) | 04/04/17 | K | | |
| 27. | | | | | Buy (add'l) | 05/01/17 | J | | |
| 28. AK Steel Bond (001546AP5) | B | Interest | K | T | | | | | |
| 29. Allegheny Tech (01741RAG7) | A | Interest | K | T | | | | | |
| 30. Finisar Corp (31787AAM3) | A | Interest | K | T | Buy | 05/09/17 | J | | |
| 31. | | | | | Buy (add'l) | 07/25/17 | J | | |
| 32. | | | | | Buy (add'l) | 10/24/17 | K | | |
| 33. Intel Corp Bond (458140AD2) | B | Interest | | | Redeemed | 12/14/17 | K | | |
| 34. Newmont Mining (Convertible Bond) (651639AJ5) | A | Interest | | | Redeemed | 07/17/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 05/08/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Nuance Communication Inc (67020YAG5) | A | Interest | K | T | Buy | 02/13/17 | K | | |
| 36. | | | | | Buy (add'l) | 08/11/17 | J | | |
| 37. RTI International Metals Bond (74973WAB3) | A | Interest | L | T | Buy (add'l) | 10/21/17 | K | | |
| 38. Royal Gold, Inc. Bond (780287AA6) | A | Interest | K | T | | | | | |
| 39. Webb MD Health Corp. Bond (94770VAF9) | A | Interest | | | Redeemed | 08/07/17 | K | | |
| 40. Abbive Inc (ABBV) | A | Dividend | K | T | Buy | 02/28/17 | J | | |
| 41. Acadia Healthcare Co (ACHC) | | None | K | T | Buy | 05/23/17 | J | | |
| 42. | | | | | Buy (add'l) | 08/04/17 | K | | |
| 43. Achillion Pharmaceuticals (ACHN) | | None | J | T | | | | | |
| 44. Aercap Holdings NV (AER) | | None | J | T | Buy | 06/22/17 | J | | |
| 45. Aircastle Limited (AYR) | A | Dividend | J | T | Buy | 06/27/17 | J | | |
| 46. Air Canada Inc (ACDVF) | | None | K | T | | | | | |
| 47. AK Steel Holdings (AKS) | | None | K | T | Buy | 01/18/17 | J | | |
| 48. | | | | | Buy (add'l) | 12/11/17 | J | | |
| 49. Alphabet Inc Cl C (GOOG) | | None | | | Sold | 10/12/17 | L | | |
| 50. Amazon.com (AMZN) | | None | M | T | | | | | |
| 51. American Airlines (AAL) | A | Dividend | L | T | Sold (part) | 08/04/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 05/08/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. American Axle & MFG (AXL) | | None | K | T | Buy (add'l) | 01/12/17 | J | | |
| 53. | | | | | Buy (add'l) | 01/24/17 | J | | |
| 54. Amgen, Inc. (AMGN) | A | Dividend | K | T | | | | | |
| 55. Apple Inc. (AAPL) | A | Dividend | L | T | Sold (part) | 06/15/17 | K | | |
| 56. Compugen Ltd. (CGEN) | | None | J | T | | | | | |
| 57. Corning, Inc. (GLW) | A | Dividend | K | T | | | | | 25, 72 |
| 58. Delta Airlines (DAL) | A | Dividend | K | T | | | | | |
| 59. Dowdupont Inc (DWDP) | B | Dividend | K | T | | | | | 76 |
| 60. Evogene Ltd New ORD F Israel Shares | | None | J | T | | | | | |
| 61. Freeport McMoran Copper and Gold (FCX) | | None | | | Sold | 01/20/17 | K | | |
| 62. Ford Motor Company (F) | | None | J | T | Buy | 10/26/17 | J | | |
| 63. General Motors (GM) | | None | K | T | Buy | 12/15/17 | K | | |
| 64. IMPINJ Inc (PI) | | None | K | T | Buy (add'l) | 08/23/17 | J | | |
| 65. Intel Corp (INTC) | B | Dividend | K | T | | | | | |
| 66. Mellanox Techs LTD (MLNX) | | None | K | T | | | | | |
| 67. Micron Technology (MU) | | None | L | T | Sold (part) | 05/09/17 | J | | |
| 68. | | | | | Buy (add'l) | 06/29/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 05/08/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 10/20/17 | K | | |
| 70. MoSys Inc. (X) | | None | J | T | Buy (add'l) | 06/16/17 | J | | |
| 71. Newmont Mining (NEM) | A | Dividend | K | T | | | | | |
| 72. Nissan Motor Co LTD (NSANY) | A | Dividend | J | T | | | | | |
| 73. Proctor & Gamble (PG) | B | Dividend | K | T | | | | | |
| 74. Qualcomm (QCOM) | C | Dividend | L | T | Sold (part) | 08/04/17 | J | | |
| 75. Spirit Airlines (SAVE) | | None | J | T | Buy | 08/01/17 | J | | |
| 76. Steel Dynamics Inc (STLD) | A | Dividend | K | T | | | | | |
| 77. Teck Resources (TCK) (Y) | | | | | | | | | |
| 78. Tower Semiconductor (TSEM) | | None | K | T | Sold (part) | 05/09/17 | J | | 38, 102 |
| 79. UAL Corp (UAL) | | None | K | T | Sold (part) | 05/01/17 | J | | |
| 80. U.S. Steel (X) | A | Dividend | K | T | Sold (part) | 12/15/17 | K | | |
| 81. Verizon Communications (VZ) | | None | K | T | Buy | 11/27/17 | J | | |
| 82. | | | | | Buy (add'l) | 11/29/17 | K | | |
| 83. | | | | | Buy (add'l) | 12/20/17 | J | | |
| 84. Whole Foods Market, Inc. (WFM) | A | Dividend | | | Sold (part) | 05/01/17 | J | | |
| 85. | | | | | Sold | 06/16/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 05/08/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Direxion Daily Gold Miners (NUGT) | | None | K | T | Sold (part) | 01/03/17 | J | | |
| 87. | | | | | Buy (add'l) | 03/21/17 | J | | |
| 88. | | | | | Buy (add'l) | 12/22/17 | J | | |
| 89. Global Silver Mines, ETF (SIL) | A | Dividend | J | T | | | | | |
| 90. Hospitality Properties Trust (HPT) | B | Dividend | K | T | | | | | |
| 91. IShares MSCI Brazil (EWZ) | A | Dividend | J | T | | | | | |
| 92. Vaneck Vectors Gold Miners ETF (GDX) | A | Dividend | J | T | | | | | |
| 93. Brokerage #2 (H) | | | | | | | | | |
| 94. Dell Inc (24702RAF8) | A | Interest | | | Redeemed | 08/22/17 | J | A | |
| 95. MS Public Improvment Bank - Ridgeland Bond (766039ST9) | A | Interest | | | Redeemed | 08/01/17 | J | | |
| 96. Georgia Govt Bonds CUSIP 373271AA3 | B | Interest | K | T | | | | | |
| 97. LA Local Govt. Envior. Facilities Comm Dev QSIP#546282-AH-7 | A | Interest | J | T | | | | | |
| 98. Louisiana Public Facilities Bond CUSIP 546395D84 | A | Interest | J | T | | | | | |
| 99. Lowndes Co. Miss Solid Waste Disp. Pollution (54877EAA4) | B | Interest | K | T | | | | | |
| 100. MS Bus Fin Corp Gulf Opp Zone South MS Elec SIP#60528B-AP-7 | A | Interest | J | T | | | | | |
| 101. MS Developement Bank (60534REA3) | A | Interest | K | T | | | | | |
| 102. Miss. Development Bank Special Obligation Bond (60534Q6F3) | A | Interest | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 05/08/2018 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. MS Dev Bank Spec Oblg CUSIP#605343TT9 (Bond) | A | Interest | J | T | | | | | |
| 104. MS DEV BK SPL OBG (60534Q5W7) | B | Interest | K | T | | | | | |
| 105. MS DEV BK SPL OBG (60534TF91) | A | Interest | | | Redeemed | 10/01/17 | J | | |
| 106. MS DEV BK SPL OBG (60534T6C4) | A | Interest | | | Redeemed | 10/01/17 | J | | |
| 107. MS Hosp EQP FAC HLTH SYST (605360QD1) | A | Interest | | | Redeemed | 08/15/17 | J | | |
| 108. Miss. Hosp. Equip. Facilities (bond) CUSIP 605360PQ3 | A | Interest | | | Redeemed | 04/03/17 | K | | |
| 109. Miss. Hospital Equip. Bonds CUSIP 60535PAW2 (Bond) | A | Interest | J | T | | | | | |
| 110. Parkway East Public Improvement Bond (701555AL8) | B | Interest | K | T | | | | | |
| 111. Puerto Rico Commonwealth Intra Financing (Bond) CUSIP 745146HE0 | | None | J | T | | | | | |
| 112. Puerto Rico Commwealth Intra. Financing (745220EZ2) (Y) | | | | | | | | | |
| 113. Puerto Rico COFIN CUSIP 74529JLK9 (Y) | | | | | | | | | |
| 114. Stonebridge Pub Improvement Dist (Bond) QSIP#86176HAC3 (Y) | | | | | | | | | |
| 115. Tarrant County, Texas (87638TEN9) | A | Interest | J | T | | | | | |
| 116. Tarrant CN TX CLT Hlth Syst (87638TEQ2) | B | Interest | K | T | | | | | |
| 117. Virginia Tobacco Settlement (88880NAU3) | A | Interest | J | T | | | | | |
| 118. Warren Co, MS Gulf Opp. Zone Int. Pap. CUSIP #935031AA2 (Bond) | B | Interest | K | T | | | | | |
| 119. Wood County W VA Bond CUSIP97835PAA9 | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 05/08/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. AK Steel Holding (AKS) | | None | J | T | | | | | |
| 121. Great Plains Energy (GXP) | A | Dividend | J | T | | | | | |
| 122. Hancock John Financial Bank Shares (BTO) | A | Dividend | K | T | | | | | |
| 123. Enterprise Products LP (EDP) | B | Dividend | K | T | Buy (add'l) | 03/22/17 | J | | |
| 124. | | | | | Buy (add'l) | 10/20/17 | J | | |
| 125. Hospitality Prop TR (HPT) | A | Dividend | | | Buy | 05/15/17 | J | | |
| 126. | | | | | Buy (add'l) | 08/09/17 | J | | |
| 127. | | | | | Sold | 11/30/17 | J | A | |
| 128. Williams Partners LP (WPZ) | C | Dividend | K | T | | | | | |
| 129. Micron Technology Bond (595112AY9) | A | Interest | K | T | | | | | 16 |
| 130. AK Steel Bond (001546AP5) | A | Interest | K | T | | | | | 17 |
| 131. Compugen Ltd. (CGEN) | | None | J | T | | | | | 24 |
| 132. Dowdupont Inc (DWDP) | A | Dividend | J | T | | | | | 27 |
| 133. Enable Midstream PR LP (ENBL) | A | Dividend | J | T | Buy | 05/08/17 | J | | |
| 134. | | | | | Buy (add'l) | 07/25/17 | J | | |
| 135. | | | | | Buy (add'l) | 07/27/17 | J | | |
| 136. | | | | | Buy (add'l) | 08/15/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 05/08/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 08/21/17 | J | | |
| 138. | | | | | Buy (add'l) | 12/27/17 | J | | |
| 139. Intel Corp (INTC) | A | Dividend | K | T | | | | | 30 |
| 140. International Paper Co (IP) (X) | A | Dividend | | | Sold | 04/21/17 | K | D | |
| 141. Mellanox Tech LTD (MLNX) | | None | J | T | | | | | 31 |
| 142. Micron Technology (MU) | | None | J | T | | | | | 33 |
| 143. Nustar Energy LP (NS) | A | Dividend | K | T | Buy | 05/08/17 | J | | |
| 144. | | | | | Buy (add'l) | 06/08/17 | J | | |
| 145. | | | | | Buy (add'l) | 08/21/17 | J | | |
| 146. | | | | | Buy (add'l) | 09/08/17 | J | | |
| 147. | | | | | Buy (add'l) | 10/04/17 | J | | |
| 148. | | | | | Buy (add'l) | 10/30/17 | J | | |
| 149. | | | | | Buy (add'l) | 12/27/17 | J | | |
| 150. Proctor & Gamble (PG) | A | Dividend | J | T | | | | | 34 |
| 151. Qualcomm Inc (QCOM) | B | Dividend | L | T | | | | | 35 |
| 152. Spirit Airlines (SAVE) | | None | J | T | | | | | 36 |
| 153. United Continental Holdings (UAL) | | None | J | T | | | | | 39 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 05/08/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Vaneck Vectors Gold Miners ETF (GDX) | A | Dividend | J | T | | | | | 43 |
| 155. Vaneck Vectors JR Gold (GDXJ) | A | Dividend | J | T | | | | | 44 |
| 156. OPTIONS (H) | | | | | | | | | |
| 157. Call GOOG | | None | | | Sold | 01/24/17 | J | | |
| 158. | | | | | Buy | 05/19/17 | J | | |
| 159. | | | | | Sold | 05/19/17 | J | | |
| 160. Call AMZN | | None | | | Sold | 01/24/17 | J | | |
| 161. | | | | | Sold | 04/21/17 | J | | |
| 162. | | | | | Sold | 05/19/17 | J | | |
| 163. | | | | | Sold | 06/16/17 | J | | |
| 164. | | | | | Sold | 07/21/17 | J | | |
| 165. | | | | | Sold | 08/22/17 | J | | |
| 166. | | | | | Sold | 09/15/17 | J | | |
| 167. | | | | | Sold | 10/23/17 | J | | |
| 168. | | | | | Sold | 11/17/17 | J | | |
| 169. Call Williams Partners | | None | | | Sold | 01/13/17 | J | A | |
| 170. | | | | | Sold | 03/13/17 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold | 03/31/17 | J | | |
| 172. Call Micron Technology | | None | | | Sold | 06/16/17 | J | | |
| 173. Misc. Holdings (H) | | | | | | | | | |
| 174. Rental Property No. 1; Pike Co., MS | F | Rent | O | W | | | | | |
| 175. Rental Property No. 2; Pike Co., MS | F | Rent | O | W | | | | | |
| 176. Rental Property No. 3; Pike Co., MS | E | Rent | N | W | | | | | |
| 177. Mineral Rts; Pike Co.,MS | E | Royalty | L | W | | | | | |
| 178. Oakhurst Associates LP (realt estate) | A | Rent | J | W | | | | | |
| 179. Pike County National Bank | A | Dividend | J | T | | | | | |
| 180. First SW Corp. Common Stock | G | Dividend | P1 | T | | | | | |
| 181. Regions National Bank | A | Interest | M | W | | | | | |
| 182. Timberland Walthall Co., MS; Two Tracts | C | Rent | P1 | W | | | | | |
| 183. Timberland Pike Co., MS | | None | M | W | | | | | |
| 184. Timberland Pike Co., MS 7 Tracts | E | Rent | P1 | W | | | | | |
| 185. United Farms LLC, St. Francis Co., Arkansas (farming) | C | Rent | M | W | | | | | |
| 186. Timberland Covington County, Mississippi | B | Rent | P1 | W | | | | | |
| 187. Mineral Rights, Amite Co., MS | D | Rent | K | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 05/08/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Mineral Rights Franklin Co., MS | | None | J | W | | | | | |
| 189. Mineral Rights, Walthall Co., MS | | None | J | W | | | | | |
| 190. Mineral Rights, Lincoln Co., MS | | None | J | W | | | | | |
| 191. Mineral Rights, Copiah Co., MS | | None | J | W | | | | | |
| 192. Mineral Rights, Marion Co., MS | | None | J | W | | | | | |
| 193. Mineral Rights, Covington Co, MS | | None | J | W | | | | | |
| 194. Note and Mortgage Receivable (Charles P. Magee) | E | Interest | N | T | | | | | |
| 195. Progress Timberlands LLC, Lamar Co., MS. (Timberland) | E | Distribution | P1 | W | | | | | 227 |
| 196. Mineral Rights Perry, Forrest, and Stone Counties (single deed) | | None | K | W | | | | | |
| 197. PCFF LLC (farming) | | None | K | W | | | | | |
| 198. Life Insurance Company of the Southwest Universal Life Policy | A | Int./Div. | M | T | | | | | |
| 199. Guardian Whole Life 100 Insurance Policy | B | Int./Div. | L | T | | | | | |
| 200. Guardian Whole Life Insurance Policy | D | Int./Div. | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 05/08/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I, lines 1: This holding company contains no reportable assets.

Part 1, line 2: See Part VII, line 1.

Part I, line 3: Passive 10% farming interest; no control over assets or operations .

Part I, line 4: Passive 20% farming interest; no control over assets or operations.

Part I, line 5: Passive 33.3% timber interest; no control over assets or operations.

Part VII, line 80: The ticker symbol for U.S. Steel is "(X)."

Part VII, lines 157-172: Each put or call transaction is an independent contract creating the right, but not the obligation, to make future sales or purchases of specific assets. They are not fixed assets, therefore either purchases or sales of individual options can be used to either open or close a contract; they do not generate income. Purchases and sales of any optioned holdings are reported separately from these contracts.

Part VII: The farming, timber, and real estate holdings referenced in this report hold only operational assets.

Part VII, Column D(5): During 2017, various assets were transferred between accounts without reportable transactions and/or had name changes. For ease of review, such items include references in Column D(5) to the corresponding line(s) of the 2016 report.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Keith Starrett**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544